374 A.2d 714

Commonwealth ex rel. Jones v. Jones, Appellant.

Argued March 22, 1977. Robert W. Suter, for appellant; John C. Marston, with him Van-Sciver & Marston, for appellee.

Order affirmed.

374 A.2d 715

Commonwealth ex rel. Myers v. Myers, Appellant.

 Argued March 23, 1977. Richard C. Angino, with him Hurwitz, Klein, Benjamin & Angino, for appellant; Dean R. Fisher, with him Fisher, Rice & Barlett, for appellee.

Order affirmed.